03/08/2022    14:07 OPD Region 5 Anaconda                                    (FAX)4065634258                      P.007/007

ORIGINAL

FILED

08/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0474

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA-21-0474

ROGER L. ROWE,

    Petitioner and Appellant,

v.

MARI E. ROWE,

    Respondent and Appellee.

**ORDER FOR EXTENSION
OF TIME**

Upon review of the Petitioner and Appellant's Motion for Extension of Time, noting that opposing counsel has no objection and good cause found therein,

IT IS HEREBY ORDERED that the Motion for Extension of Time is GRANTED.

IT IS FURTHER ORDERED that the Appellant shall prepare, file, and serve the opening brief on appeal no later than the 12th day of September, 2022.

Dated this 9th day of August, 2022.

_____
Chief Justice